**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| MATTHEW ZIMMERMAN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | NO.: 1:19-cv-742 |
| v. | ) | |
| | ) | |
| 3M COMPANY and AEARO | ) | |
| TECHNOLOGIES LLC | ) | |
| Defendant. | ) | |

**SUMMONS IN A CIVIL ACTON**

**To:     3M Company
c/o Corporation Service Company
135 North Pennsylvania Street, Suite 1610
Indianapolis, IN 46204**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you receive it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney whose name and address are:

Jason R. Reese
Stephen M. Wagner
Timothy L. Karns
WAGNER REESE, LLP
11939 North Meridian Street
Carmel, IN  46032

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.   You must also file your answer or motion with the U.S. District Court, Winfield K. Denton Federal Building & U.S. Courthouse, 101 Northwest Martin Luther King Boulevard, Evansville, Indiana 47708; Telephone (812) 434-6410.

*CLERK OF COURT*

Date: _____          _____

                                                                *Signature of Clerk or Deputy Clerk*

Civil Action No. 1:19-cv-742

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summons for (*name of individual and title, if any*) _____

was received by me on (*date*) _____.

    □     I personally served the summons on the individual at (*place*) _____

_____ On (*date*) _____; or

    □     I left the summons at the individual's residence or usual place of abode with (*name*) _____

_____, a person of suitable age and discretion who resides there, on (*date*) _____

_____, and mailed a copy to the individual's last known address; or

    □     I served the summons on _____, who is designated by law to accept serve of process

on behalf of _____ on _____.

    □     I returned the summons unexecuted because _____

_____; or

    □     Other (*specify*)


My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.


Date:   _____

                                      _____
                                      *Server's Signature*

                                      _____
                                        *Printed and Title*

                                      _____
                                        *Server's Address*

Additional Service regarding attempted service, etc.: